THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Harry Louis Jennings, Jr.,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-323
Submitted February 20, 2003 - Filed 
 May 7, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Legal Counsel Tommy Evans, Jr., Legal Counsel J. Benjamin 
 Aplin, Deputy Director for Legal Services Teresa A. Knox, all of Columbia; for 
 Respondent.
 
 
 

PER CURIAM:  Harry Louis Jennings, Jr., 
 appeals the revocation of his probation.  Jenningss appellate counsel has petitioned 
 to be relieved as counsel, stating he has reviewed the record and has concluded 
 Jenningss appeal is without merit.  The issue briefed by counsel concerns whether 
 the trial court failed to exercise discretion in revoking Jenningss probation 
 in its entirety.  Jennings has filed a pro se document with this 
 court challenging the subject matter jurisdiction of the trial court to sentence 
 him for the underlying offense and to revoke his probation.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Jenningss 
 appeal and grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and CURETON and GOOLSBY,
JJ., concur.

 
           
 [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.